Michele Beckwith
Acting United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARAKA RAMARAO MUTYALA, ET AL.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br><br>JENNIFER HIGGINS,<br>　　　　　　　　　Defendant. | CASE NO. 2:25-CV-00388 DJC-JDP<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

　　　Defendant respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiffs set of Forms I-526E immigration petition by regional center investor, and concurrently filed Form I-485 application which Plaintiffs filed in March 2024. U.S. Citizenship and Immigration Services ("USCIS") has taken further action on Plaintiffs' cases and has recently approved all the Form I-526Es that are subject of this litigation. USCIS has additionally begun the adjudication of Plaintiffs' Form I-485s and has now issued biometrics appointment notices and a request for evidence ("RFE"). Once Plaintiffs complete their

biometrics appointments and respond to the RFE, USCIS will then be able to complete the adjudication, which is expected to render this lawsuit moot.

The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is August 4, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: April 1, 2025

    Michele Beckwith
    Acting United States Attorney

By: /s/ ELLIOT C. WONG
    ELLIOT C. WONG
    Assistant United States Attorney

/s/ KRISTINA DAVID
KRISTINA DAVID
Counsel for Plaintiffs

ORDER

IT IS SO ORDERED.

Dated: April 2, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE